**Order entered February 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00421-CR

## ANTONIO ALEX ANGULOVILLALTA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00739-P**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal by order dated January 12, 2021 because appellant's brief was past due and we had not received a motion to extend time or other communication regarding the brief. On February 12, 2021, counsel tendered a brief and filed a motion to extend time to file the brief.

We **VACATE** our January 12, 2021 order to the extent it required a hearing and findings and recommendations. We **GRANT** appellant's motion and **ORDER** the brief received with the motion filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Rachel Jones, Presiding Judge, 203rd Judicial District Court; to J. Daniel Oliphant, Jr.; and to the Dallas County District Attorney's Office, Appellate Division.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE